EMIL CHAMBLISS, Appellant, v UNIVERSITY GROUP MEDICAL AS-
SOCIATES et al., Respondents.

Submitted September 26, 2016; decided December 20, 2016

Motion, insofar as it seeks leave to appeal as against defend-
ants South Island Medical Associates and Dr. Mark Joseph,
dismissed as untimely (see CPLR 5513 [b]), as the prior motion
for leave to appeal made at the Appellate Division was
untimely as to them (see Arthur Karger, Powers of the New
York Court of Appeals § 12:3 at 436-437 [3d ed rev 2005]); mo-
tion, insofar as it seeks leave to appeal as against defendants
University Group Medical Associates and Dr. Steven Siegel,
dismissed upon the ground that the order sought to be ap-
pealed from does not finally determine the action within the
meaning of the Constitution.

DEBORAH ETZION, Appellant, v RAFAEL ETZION et al., Respon-
dents.

Submitted September 19, 2016; decided December 20, 2016

Motion by Women's Bar Association of the State of New York
for leave to appear amicus curiae on the motion for leave to ap-
peal herein granted and the brief is accepted as filed.

In the Matter of NANCY ANASTASIA GONOS, Appellant, v EM-
MANUEL HADZIPETROS, Respondent.

Submitted October 11, 2016; decided December 20, 2016

Motion for reargument of motion for leave to appeal denied
[see 27 NY3d 912 (2016)]. Motion for poor person relief
dismissed as academic.

In the Matter of MICHAEL GRABELL, Appellant, v NEW YORK
CITY POLICE DEPARTMENT, Respondent.

Submitted September 6, 2016; decided December 20, 2016

Motion by Reporters Committee for Freedom of the Press et al. for leave to appear amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

Judge FAHEY taking no part.

In the Matter of MICHAEL GRABELL, Appellant, v NEW YORK CITY POLICE DEPARTMENT, Respondent.

Submitted September 26, 2016; decided December 20, 2016

Motion by New York Civil Liberties Union et al. for leave to appear amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

Judge FAHEY taking no part.

JOHNATHAN JOHNSON, Appellant, v THERESA J. CASAL, Respondent.

Submitted October 17, 2016; decided December 20, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

JOHNATHAN JOHNSON, Appellant, v BRIAN CURTIS et al., Respondents.

Submitted October 17, 2016; decided December 20, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

JOHNATHAN JOHNSON, Appellant, v MAUREEN SIENKO et al., Respondents.

Submitted October 17, 2016; decided December 20, 2016

